# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

**BRITTANY S. HADDOX**

    Plaintiff,

v.                                            Case No. 8:22-CV-00247

**IQ DATA INTERNATIONAL, INC**.

    Defendant.

_____

## NOTICE OF MEDIATION

Pursuant to this Court's Scheduling Order, the parties jointly submit this Notice of Mediator and Mediation scheduling.

The parties have conferred and agreed that Hon. Gregory P. Holder (retired judge) will preside over mediation in this matter. Hon. Gregory P. Holder's address is 607 W. Horatio Street, Tampa, FL 33606. Hon. Gregory P. Holder's telephone number is 813-644-3736. The parties have agreed to mediate on August 12, 2022 via zoom.

DATED: April 22, 2022

                                                               Respectfully submitted,

| | |
|---|---|
| */s/ Alexander J. Taylor* | */s/ Douglas A. Kahle* |
| Alexander J. Taylor | Douglas A. Kahle |
| Florida Bar No. 1013947 | Schwed Kahle Kress PA |
| Sulaiman Law Group, Ltd. | 11410 N. Jog Road, Suite 100 |
| 2500 South Highland Avenue | Palm Beach Gardens, FL 33418 |
| Suite 200 | 561 694 0070 |
| Lombard, IL 60148 | Email: dkahle@schwedpa.comv |
| Tel: 630-575-8181 | *Counsel for Defendant* |
| Email: atyalor@sulaimanlaw.com | |
| *Counsel for Plaintiff* | |

## CERTIFICATE OF SERVICE

I, Alexander J. Taylor, certify that on April 22, 2022, the foregoing document was filed electronically using the Court's CM/ECF system, which will accomplish service on all counsel of record.

*/s/ Alexander J. Taylor*